# EXHIBIT 1

7/18/23, 3:03 PM

Case Header Information

Document Name: **Affidavit - Service**
Comment: **Affidavit of Service for Robin Schwartz. Defendant Monica O'Connell was served on May 4, 2023**

File Date: **07/06/2023**
Document Name: **Request - Order of Default**
Comment: **Request for Order of Default against Defendants Monica O'Connell and Robin Schwartz**

File Date: **07/06/2023**
Document Name: **Affidavit - Service**
Comment: **Exhibit 1 - Affidavit of Service - Monica O'Connell**

File Date: **07/06/2023**
Document Name: **Affidavit - Service**
Comment: **Exhibit 2 - Affidavit of Service - Robin Schwartz**

File Date: **07/06/2023**
Document Name: **Affidavit - Non-Military**
Comment: **Affidavit of Non Military Status (Monica O'Connell)**

File Date: **07/06/2023**
Document Name: **Affidavit - Non-Military**
Comment: **Affidavit of Non Military Status (Robin Schwartz)**

File Date: **07/17/2023**
Document Name: **Motion / Request - To Dismiss**

CLERK,

I. ENCLOSED PLEASE FIND THE FOLLOWING ITEMS:

1. CHECK for $402.00
2. CONSENT BY SELF-REPRESENTED LITIGANT TO RECEIVE NOTICES OF ELECTRONIC FILING
3. CIVIL COVER SHEET
4. COMPLAINT

II. PLEASE GENERATE THE SUMMONS TO THE DEFENDANTS

Deafueh Monbo



RECEIVED
Mail Room

AUG 14 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia